IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHARON LEWIS,                    )
                                 )
    Plaintiff,                   )
                                 )    CIVIL ACTION NO.
    v.                           )     2:11cv222-MHT
                                 )         (WO)
FEDERAL DEPOSIT INSURANCE        )
CORPORATION, as Receiver         )
for Colonial Bank, Inc.,         )
                                 )
    Defendant.                   )
```

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Federal Deposit Insurance Corporation's motion for summary judgment (doc. no. 15) is granted.

(2) Judgment is entered in favor of defendant Federal Deposit Insurance Corporation and against plaintiff Sharon Lewis, with the plaintiff Lewis taking nothing by her complaint.

It is further ORDERED that costs are taxed against the plaintiff Lewis, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 27th day of August, 2012.**

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**